FILED
APR - 2 2014
Clerk, U.S. District Court
By:_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) CASE NO.  12-20083-40-KHV
)
JOHN PAUL MCMILLAN, )
  a/k/a J.P., )
)
    Defendant. )

## SUPERSEDING INFORMATION

The Grand Jury charges that:

### COUNT 1

Beginning in or about January 2005 and continuing to on or about July 30, 2012, both dates being approximate and inclusive, in the District of Kansas and elsewhere, the defendant,

**JOHN PAUL MCMILLAN, a/k/a J.P.,**

knowingly and intentionally conspired and agreed with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to manufacture, to possess with intent to distribute and to distribute marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D) and Title 18, United States Code, Section 2.

This was all in violation of Title 21, United States Code, Section 846.

JARED S. MAAG
Attorney for the United States
Acting Under Authority Conferred
By 28 U.S.C. § 515


*Terra D. Morehead*
TERRA D. MOREHEAD
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas   66101
(913) 551-6730
Ks. S. Ct. No. 12759

**PENALTIES:**

Count 1

- NMT 5 years Imprisonment,
- NMT $250,000.00 Fine,
- NLT 2 years S.R.,
- $100 Special Assessment, and,
- Forfeiture Allegation.